IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO PETTAWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0262-CG-B |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

The parties having filed a Joint Stipulation of Dismissal With Prejudice (Doc. 11), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own costs.

**DONE and ORDERED** this 4th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE